*FILED IN THE
UNITED STATES
BANKRUPTCY COURT
2009 DEC 10 AM 11: 47
DISTRICT OF UTAH
MAIL*

# IN THE UNITED STATES BANKRUPTCY COURT FOR THE DISTRICT OF UTAH

## DEPOSIT OF UNCLAIMED FUNDS

| In re: | CHAPTER # 7 |
| --- | --- |
| JASON EDWARD MOORE<br>REBEKAH RUTH MOORE<br>Debtor(s). | BANKRUPTCY # 06-24842 |

The duly appointed and acting trustee of the above captioned bankruptcy estate represents to the court that:

___A  The following check(s) was/were issued to the creditor(s) listed below in the amount(s) listed. The check(s) was/were not cashed, and subsequently returned to the trustee, and the trustee stopped payment on said check(s), and/or

_X_ B  The check(s) listed below represent small dividends payable to the court pursuant to Bankruptcy Rule 3010.

**CREDITOR & ADDRESS (last known)**            **CHECK AMOUNT**
Sunset City Corp                                $.78
200 West 1300 North
Sunset, UT 84015

The address(es) listed above constitutes the last known address of the creditor(s) in question. The check(s) in the amount(s) of **$.78** represent said unclaimed funds is/are payable to the U.S. Bankruptcy Court.

DATED this 9th day of December, 2009.

_____/s/_____
Steven R. Bailey, Trustee